UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYANT LEMONT HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-259** |
| **G. DALL KAMMER** | **SECTION: "G"(1)** |

### ORDER

Plaintiff Bryant Lemont Harris ("Harris"), a federal inmate, filed this civil action against Defendant G. Dall Kammer ("Kammer") in the United States District Court for the Middle District of Louisiana.[1] However, Harris did not pay the required filing fee or apply to proceed *in forma pauperis*. After the matter was transferred to this Court,[2] the Clerk of Court issued a Notice of Deficient Filing directing Harris to correct the deficiency,[3] but Harris failed to do so. On March 15, 2022, the assigned United States Magistrate Judge issued an order directing Harris to pay the filing fee or to submit a completed pauper application on or before April 5, 2022.[4] Harris did not respond to the March 15, 2022 Order. Accordingly, on April 13, 2022, the Magistrate Judge recommended that the case be dismissed without prejudice due to Harris's failure to prosecute and that a motion to dismiss filed by Kammer be denied as moot.[5]

On April 29, 2022, Harris filed a response to the Report and Recommendation stating that

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 4.

[3] Rec. Doc. 7.

[4] Rec. Doc. 9.

[5] Rec. Doc. 11.

he has "no objection to the decision and recommendations of this honorable court."[6]  Harris still has not paid the filing fee or submitted a pauper application. Accordingly, the Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Harris's response stating that he does not object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to pay the required filing fee or apply to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that Defendant G. Dall Kammer's motion to dismiss[7] is **MOOT**.

**NEW ORLEANS, LOUISIANA**, this \_\_11th\_\_ day of May, 2022.

                                                                    **NANNETTE JOLIVETTE BROWN**
                                                                    **CHIEF JUDGE**
                                                                    **UNITED STATES DISTRICT COURT**

---

[6] Rec. Doc. 12 at 1.

[7] Rec. Doc. 10.